UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Kaylah Ashlyn DAVIS (D1),<br>and<br>Juliana Angelica PEREZ (D2),<br><br>Defendants. | Magistrate Case No. '21 MJ03758<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8 U.S.C. Section 1324(a)(2)(B)(iii)<br>Bringing in Unlawful Alien(s) Without Presentation |

The undersigned complainant being duly sworn states:

On or about September 10, 2021, within the Southern District of California, Defendants Kaylah Ashlyn DAVIS and Juliana Angelica PEREZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that said aliens, namely, Lazaro VAZQUEZ-Rojas, Juan Carlos LOPEZ-Lopez and Viviana Guadalupe MARTINEZ-Pineda, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainants' states that this complaint is based on the attached statement of facts, which is incorporated herein by reference

SIGNATURE OF COMPLAINANT
Gabriela Acevedo, Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 13th of September 2021.

HON. DANIEL E. BUTCHER
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Enforcement Officer Gabriela Nicasio, declare under penalty of perjury the following to be true and correct:

The complainant states that Lazaro VAZQUEZ-Rojas, Juan Carlos LOPEZ-Lopez and Viviana Guadalupe MARTINEZ-Pineda are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimonies are material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On September 10, 2021, at approximately 4:27 A.M., Kaylah Ashlyn DAVIS (D1), a United States citizen, applied for entry into the United States from Mexico at the Otay Mesa, California Port of Entry vehicle primary lanes as the driver of a 2003 Ford F-150 Econoline Van bearing California license plates. Also in the vehicle was a female front passenger, Juliana Angelica PEREZ (D2). Upon primary inspection before a United States Customs and Border Protection (CBP) Officer, D1 presented her United States Passport as her entry document along with a California Identification Card, on behalf of D2. D1 said she was going to Sylmar, California with nothing to declare from Mexico. The CBP Officer advised D1 of the inspection she was about to conduct of the rear cargo area at which point D1 told the CBP Officer the rear doors did not open due it being struck during a vehicle accident. The CBP Officer referred the van and both occupants to secondary inspection for further examination of the rear cargo area.

In secondary, D1 drove the vehicle through the Z-portal xray machine where anomalies were discovered in the rear cargo area. CBP Officer operating the Z-Portal requested assistance. Responding CBP Officers removed D1 and D2 from the vehicle and escorted them to the security office. CBP Officers opened the side passenger door and discovered five individuals laying on top of a non-factory wooden platform behind the rear bench seat. Three of the five individuals were later identified as Lazaro VAZQUEZ-Rojas (MW1), Juan Carlos LOPEZ-Lopez (MW2) and Viviana Guadalupe MARTINEZ-Pineda (MW3), determined to be citizens of Mexico without documents to enter the United States and are now held as Material Witnesses (MW).

Probable Cause Statement Continued on Page 2,

Continuation of Probable Cause Statement

RE: U.S. v. Kaylah Ashlyn DAVIS et al

During a videotaped interview, D2 stated she was going to be paid $9,000 U.S. dollars for smuggling something illegal, which she thought was narcotics. D2 stated she was going to give D1 $5,000 U.S. dollars for operating the vehicle and she would keep $4,000 U.S. dollars for herself. D2 stated she was going to text message two males, by the names of Duckey and Negro, to obtain further instructions on where to drop off the van.

During videotaped interviews, MW1, MW2 and MW3 admitted they are citizens of Mexico with no documents to lawfully enter or reside in the United States. MW1, MW2 and MW3 stated they and/or friends made the smuggling arrangements with unknown persons in Mexico for smuggling fees between undisclosed amounts and $14,000 U.S. dollars. MW1, MW2 and MW3 stated they were going to various locations in California to reside and seek employment.

Executed on this 10th day of September 2021, at the San Ysidro Port of Entry at 5:00 P.M.

Gabriela Nicasio / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (2) pages, I find probable cause to believe that the defendant named therein committed the offense on September 10, 2021 in violation of Title 8, United States Code, Section 1324.

MAGISTRATE JUDGE

11:17 AM, Sep 11, 2021

DATE / TIME

2